# United States of America
DEPARTMENT OF LABOR

## OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

SUBPOENA DUCES TECUM

TO: Custodian of Records for
T&T Offshore, Inc.
2915 Todd Rd. Galveston, TX 77554

*Pursuant to Section 8(b) of the Occupational Safety and Health Act (29 U.S.C. 657(b)) you are hereby required to appear before Mark R. Briggs*, **Area Director or Designate** *of the OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR, at 17625 El Camino Real, Suite 400 in the City of Houston, Texas on the 11th day of January 2018, by ten o'clock a.m. of that day, to testify regarding the working conditions maintained by:*

**T&T Offshore, Inc.
2915 Todd Rd.
Galveston, TX 77554**

*And you are hereby required to bring with you and produce at said time and place the following books, papers, and documents including information stored electronically as identified on Attachment 1.*

**FAIL NOT AT YOUR PERIL**



IN TESTIMONY WHEREOF *I have hereunto affixed my signature and the seal of the* UNITED STATES DEPARTMENT OF LABOR *at 17625 El Camino Real, Suite 400, Houston Texas, this 3rd day of January 2018.*

Mark R. Briggs, Area Director
Occupational Safety and Health Administration
United States Department of Labor

# *Attachment 1*

The term "document," as used herein, means any writings of any kind, including the original and non-identical copies, including without limitation any correspondence, memoranda, notes, diaries, statistics, letters, materials, orders, directives, interviews, telegrams, minutes, reports, studies, statements, transcripts, summaries, pamphlets, books, interoffice and intra office communications, notations of any sort of conversation of telephone calls or meetings or other communications, bulletins, printed matter, teletype, telefax, worksheets, and all drafts, alterations, modifications, changes or amendments of any kind, including without limitation any photograph, chart, graph, microfiche, microfilm, videotape records, motion pictures, electronic, mechanical or electrical recordings or representations of any kind including without limitation any tapes, cassettes, cartridges, disk, chip and records.

The term "facility" shall mean the worksite located at or near 2915 Todd Rd. Galveston, TX.

| Request | Document Description |
|---|---|
| 1. | Any and all personnel records for Jeffrey Tinney including, but not limited to, application for employment, all disciplinary actions and training records. |
| 2. | Any and all disciplinary records for any employee working for T&T Offshore Inc. for violating a safety and health rule for the company for the period from September 20, 2014 to September 20, 2017. |
| 3. | If not identified in response to Request No. 1, any and all documents reflecting how long Jeffrey Tinney has worked for T&T Offshore Inc. |
| 4. | Any and all documents showing the names, job titles, addresses and/or telephone numbers of employees working for T&T Offshore Inc. between September 20, 2016 and September 20, 2017. Such document(s) need only show employees reporting to work at the facility. |

# RETURN OF SERVICE

*I hereby certify that a duplicate original of the within subpoena was duly served in the following manner:*

(Please place a check by the method used.)

__X__ **In person.**

____ **By UPS:**

____ **By Email**

_____

_____

_____

_____

On the person named herein on   COLLIN WALKER

__Jan. 3, 2018__
*(Month, day, year)*

__JAMES E. Lawrence__
*(Name of person making service)*

__Industrial Hygiene Supervisor__
*(Official Title)*