**From:** Warren, Collin [mailto:cwarren@fisherphillips.com]
**Sent:** Monday, September 25, 2017 3:41 PM
**To:** Gomez, Jorge - OSHA
**Cc:** Foulke, Edwin; McKissick, Judy
**Subject:** T&T Offshore, Inc.
**Importance:** High

Mr. Gomez:

In follow-up to our call this afternoon, we are providing the following information that you requested. As I mentioned on the phone, I will collect the remainder of the documents, Bates' label them, and send them electronically (if the size of the documents permit). This will include portions of the safety program and portions of Mr. Tinney's employment file. If you have any questions, please contact me at the number and address below as I will be the contact person for T&T Offshore, Inc. from this point forward.

OSHA Form 300 and OSHA Form 300A: **Documents attached to this email.**

Federal Tax Identification Number: **17606905531 (T&T Offshore, Inc.)**

NAICS Code: **488390**

Additionally, you requested Mr. Tinney's home address and I am providing that information. As I mentioned on the phone, I understand that he has counsel. In the event you desire to make contact with him, please contact Mr. Stallings. I understand that Mr. Stallings is willing to accept service of subpoenas (if any).

**Jeffery Tinney**
**2205 15th Ave. North**
**Texas City, Texas 77590**

**Patrick Stallings, Esq.**
**2814 Hamilton St.**
**Houston, Texas 77004**
**Phone (713) 521-2775**

**Robert L. Klawetter, Esq.**
**Eastham, Watson, Dale & Forney, L.L.P.**
**808 Travis, Ste. 1300**
**Houston, Texas 77002**
**Phone (713) 225-0905**

Regards,

Collin G. Warren



**Collin Warren**
**Attorney at Law**

Fisher & Phillips LLP
910 Louisiana Street | Suite 4000 | Houston, TX 77002
cwarren@fisherphillips.com | O: (713) 292-5621

vCard | Bio | Website  *On the Front Lines of Workplace Law*℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*