**U.S. Department of Labor**  **Occupational Safety & Health Administration**
Houston South Area Office
17625 El Camino Real Suite 400
Houston, Texas 77058
281/286-0583  Fax:281/286-6352



January 25, 2018

Collin G. Warren
Fisher & Phillips LLP
910 Louisiana Street, Suite 4000
Houston, Texas 77002

Re: OSHA Inspection of T&T Offshore, Inc.
Inspection No. 1265193

Dear Mr. Warren:

On January 3, 2018, the Occupational Safety and Health Administration served upon your client, T&T Offshore, a subpoena duces tecum requesting certain documents and things. On January 11, 2018, your office provided us with objections and limited responses to the subpoena. To date, you have failed to provide all of the requested documents and things.

You have failed to provide any documents in response to request numbers 2 and 4. To the extent that there are non-privileged documents that are responsive to this request, you are under a duty to provide those documents. If your client has no documents responsive to the request, please specify so.

Please provide the requested documents by close of business February 2, 2018. If you do not provide us with the responsive information by that date, we will refer this matter for enforcement in the United States District Court and seek attorney's fees.

Sincerely,

Mark R. Briggs, CSP
Area Director
Houston South OSHA Office