UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | § | |
| Secretary Of Labor, United | § | |
| States Department of Labor, | § | |
|     Petitioner, | § | |
| V. | § | CIVIL ACTION NO. 3:18-CV-73 |
| | § | |
| T&T Offshore, Inc. | § | |
|     Respondent. | § | |

## MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(5)

Respondent, T&T Offshore, Inc., by counsel, moves to dismiss the Petition to Enforce Administrative Subpoena Duces Tecum Issued by the Occupational Safety and Health Administration (Petition) under Federal Rule of Civil Procedure 12(b)(5) because T&T Offshore was not properly served with the Petition. In support thereof, T&T Offshore states as follows:

1. On March 13, 2018, Petitioner filed the Petition in this Court. The Petition seeks to have the Court enforce an administrative subpoena *duces tecum* that was never served on T&T Offshore. Specifically, Petitioner "served" the subpoena through his agent, a Certified Safety and Health Officer (CSHO).

2. On March 14, 2018, Petitioner attempted to serve T&T Offshore in the same manner as the subpoena: one of his employees "served" the Petition on T&T Offshore.

3. T&T Offshore has not been served with the Petition by someone over 18 years of age who is not a party to this action.

4. Under Fed. R. Civ. P. 12(b)(5), a party may move to dismiss a pleading for insufficient service of process. Federal Rule of Civil Procedure 4(c)(2), the summons and complaint must be served by someone at least 18 years of age who is "not a party" to the action.

5. Here, Petitioner attempted to serve T&T Offshore by having one of his employees deliver the Petition to the company. T&T Offshore has never been served with the Petition in accordance with Rule 4(c)(2).

6. Accordingly, there is insufficient service of process for the Petition, and the Court should dismiss the Petition.

WHEREFORE, Respondent T&T Offshore, Inc., respectfully moves the Court to dismiss the Petition.

Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: _____

**Pamela D. Williams**
Texas Bar No. 00784017
S.D. No. 26863
910 Louisiana, Suite 4000
Houston, TX 77002
Main: 713-290-0150
Fax:   713-290-0151
E-mail: pwilliams@fisherphillips.com

**George J. Parnham**
Texas Bar No. 15532000
440 Louisiana, Suite 200
Houston, TX 77002
(713) 224-3967
(713) 224-2815
georgeparnham@aol.com
mary@georgeparnham.com

**ATTORNEYS FOR RESPONDENT**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was served on March 15, 2018, to the following counsel of record via electronic mail, facsimile and to all known Filing Users through the Notice of Electronic Filing.

  Josh Bernstein
  Carlton C. Jackson
  United States Department of Labor
  Office of the Solicitor
  525 S. Griffin Street, Suite 501
  Dallas, TX  75202
  bernstein.josh@dol.gov

                Pamela D. Williams